W.D.N.C. Local Form 65 (Created 10/12/2016)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:17-cv-00011-FDW-DCK

| | |
|---|---|
| Lonnie Billard )<br>)<br>**Plaintiff(s),** )<br>)<br>Vs. )<br>)<br>)<br>)<br>Charlotte Catholic High School, et al. )<br>**Defendant(s).** ) | **MOTION FOR ADMISSION PRO HAC VICE** |

**NOW COMES** S. Luke Largess ("local counsel"), a member in good standing with the Bar of the United States Court for the Western District of North Carolina, and moves for the admission of Brian Hauss ("applicant"), a member in good standing with the Bar(s) of:

See attached statement.

_____

_____

_____

Applicant seeks permission to represent Lonnie Billard ("the client") in this matter while appearing with local counsel. Such motion is supported by the attached affidavits, statements, certificates, and other documents which provide all of the following information:

(1) The applicant's full name, mailing address, Bar membership number, telephone number, email address, and status as a practicing attorney in another state.

(2) A statement, signed by the client, setting forth the client's address and declaring the client has retained the applicant to represent the client in the proceeding.

(3) A statement that unless permitted to withdraw sooner by Order of the Court, the applicant will continue to represent the client in the proceeding until its final determination, and that with reference to all matters incident to the proceeding, the applicant agrees to be subject to the Orders and amenable to the disciplinary action and the civil jurisdiction of the United States Court for the Western District of North Carolina in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

(4) A statement to the effect that the applicant has associated and is personally appearing in the proceeding with local counsel, who is a member of the Bar of this Court, upon whom service may be had in all matters connected with the legal proceedings, or any disciplinary matter, with the same effect as if personally made on the applicant within this district.

(5) A statement accurately disclosing a record of all the applicant's disciplinary history. Discipline shall include (i) public discipline by any court or lawyer regulatory organization, and (ii) revocation of any *pro hac vice* admission.

(6) A certificate of good standing from the applicant's Bar if such document is available from such jurisdiction. Absent the availability of such a certificate, the applicant may produce other indicia of current membership and good standing.

(7) A statement or a *curriculum vitae* from the applicant of prior experience relevant to the proposed area of practice in this Court.

(8) An admission fee in the amount of $281.00 due at filing.

In so moving, local counsel certifies that the applicant's qualifications for admission have been reviewed by local counsel and that local counsel is satisfied that such applicant is qualified to practice before the Bar of the United States Court for the Western District of North Carolina. Local counsel further certifies that counsel for the other parties has/have been consulted and reports that they do/do not oppose this motion.

This the 18th day of February, 2017.

s/ S. Luke Largess
**Local Counsel**

s/ Brian Hauss
**Applicant**

### CERTIFICATE OF SERVICE

I, [Local Counsel for Brian Hauss], hereby certify that a true and correct copy of the above and foregoing Motion for Admission was duly served on counsel for the other parties by ECF filing.

This the 18th day of February, 2017.

s/ S. Luke Largess
**Local Counsel**