We certify that:

- The undersigned client has retained the applicant to represent the client in the proceeding.
- Unless permitted to withdraw sooner by Order of the Court, the applicant will continue to represent the client in the proceeding until its final determination.
- With reference to all matters incident to the proceeding, the applicant agrees to be subject to the Orders and amenable to the disciplinary action and the civil jurisdiction of the United States Court for the Western District of North Carolina in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.
- The applicant has associated with local counsel, who is a member of the Bar of this Court, upon whom service may be had in all matters connected with the legal proceeding, or any disciplinary matter, with the same effect as if personally made on the applicant within this district.
- The applicant is a member in good standing with the Bars of New York, California, and the U.S. District Courts for the Southern District of New York, the Northern District of California, the Eastern District of Michigan, the Northern District of Texas, and the District of North Dakota.
- The applicant has never been subject to public discipline by any court or lawyer regulatory organization.
- The applicant has never had a *pro hac vice* admission or admission in any other bar revoked.
- The applicant has litigated numerous civil rights cases, both as counsel for plaintiff and as counsel for *amici curiae*.
- The $281 fee for admission *pro hac vice* is being submitted with the filing of this motion.

| | | |
|---|---|---|
| */s/ Brian Hauss* | */s/ S. Luke Largess* | */s/ Lonnie H. Billard* |
| Brian Hauss | S. Luke Largess | Lonnie H. Billard |
| American Civil Liberties Union Foundation | Tin, Fulton, Walker & Owen PLLC | 5101 Harri Ann Drive Charlotte, NC 28227 |
| 125 Broad Street, 18th Floor | 301 East Park Avenue | |
| New York, NY 10004 | Charlotte, NC 28203 | Client |
| Telephone: (212) 549-2604 | Telephone: (704) 338-1220 | |
| Facsimile: (212) 549-2652 | Facsimile: (704) 338-1312 | |
| Email: bhauss@aclu.org | Email: llargess@tinfulton.com | |
| Applicant | Local Counsel | |