## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:17-CV-011-FDW-DCK

| | |
|---|---|
| LONNIE BILLARD, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHARLOTTE CATHOLIC HIGH ) | |
| SCHOOL, MECKLENBURG AREA ) | |
| CATHOLIC SCHOOLS, and ROMAN ) | |
| CATHOLIC DIOCESE OF CHARLOTTE, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 15) filed by S. Luke Largess, concerning Elizabeth O. Gill on February 18, 2017. Ms. Elizabeth O. Gill seeks to appear as counsel *pro hac vice* for Plaintiff Lonnie Billard. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 15) is **GRANTED.** Ms. Elizabeth O. Gill is hereby admitted *pro hac vice* to represent Plaintiff Lonnie Billard.

**SO ORDERED**.

Signed: February 21, 2017

David C. Keesler
United States Magistrate Judge