IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-011-FDW-DCK

| LONNIE BILLARD, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CHARLOTTE CATHOLIC HIGH SCHOOL, MECKLENBURG AREA CATHOLIC SCHOOLS, and ROMAN CATHOLIC DIOCESE OF CHARLOTTE, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 14) filed by S. Luke Largess, concerning Brian Hauss on February 18, 2017. Mr. Brian Hauss seeks to appear as counsel *pro hac vice* for Plaintiff Lonnie Billard. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 14) is **GRANTED.** Mr. Brian Hauss is hereby admitted *pro hac vice* to represent Plaintiff Lonnie Billard.

**SO ORDERED**.

Signed: February 21, 2017

David C. Keesler
United States Magistrate Judge