IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-011-FDW-DCK

| | |
|---|---|
| LONNIE BILLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| CHARLOTTE CATHOLIC HIGH SCHOOL, MECKLENBURG AREA CATHOLIC SCHOOLS, and ROMAN CATHOLIC DIOCESE OF CHARLOTTE, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 20) filed by Christopher Brook, concerning Joshua Block, on July 10, 2017. Mr. Joshua Block seeks to appear as counsel *pro hac vice* for Plaintiff Lonnie Billard. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 20) is **GRANTED.** Mr. Joshua Block is hereby admitted *pro hac vice* to represent Plaintiff Lonnie Billard.

**SO ORDERED**.

Signed: July 10, 2017

David C. Keesler
United States Magistrate Judge