IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-011-FDW-DCK

| LONNIE BILLARD, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| CHARLOTTE CATHOLIC HIGH SCHOOL, MECKLENBURG AREA CATHOLIC SCHOOLS, and ROMAN CATHOLIC DIOCESE OF CHARLOTTE, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Waive Alternative Dispute Resolution Or For Judicial Settlement Conference" (Document No. 22) filed August 25, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Chief Judge Whitney, the undersigned will <u>deny</u> the motion.

The Court will respectfully decline to waive the requirement of alternative dispute resolution, and will decline to consider a judicial settlement conference, prior to the parties' good faith effort to resolve this case through mediation.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Waive Alternative Dispute Resolution Or For Judicial Settlement Conference" (Document No. 22) is **DENIED**.

Signed: August 28, 2017

David C. Keesler
United States Magistrate Judge