## STIPULATION

Whereas the undersigned are parties to a lawsuit captioned *Lonnie Billard v. Charlotte Catholic High School, Mecklenburg Area Catholic Schools, and Roman Catholic Diocese of Charlotte*, Civil Action No.: 317-cv-0011, pending in the United States District Court for the Western District of North Carolina, Charlotte Division ("Lawsuit"); and

Whereas the parties in the Lawsuit seek to narrow the scope of questions at issue in the forthcoming deposition of Defendants Charlotte Catholic High School ("CCHS"), Mecklenburg Area Catholic Schools ("MACS"), and Roman Catholic Diocese of Charlotte ("Diocese") (collectively "Defendants") pursuant to Federal Rule of Civil Procedure 30(b)(6).

Therefore, the parties hereby stipulate and agree as follows:

1.  Defendants will not assert that Plaintiff Lonnie Billard ("Plaintiff") was a minister for purposes of the "ministerial exception" to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq.* at the time he was removed as a substitute teacher at CCHS and, therefore, will not invoke the "ministerial exception" to Title VII as a defense in this Lawsuit. Defendants reserve the right to assert all other defenses that may be available to Plaintiff's claims, including, without limitation, defenses under the First Amendment and/or the Religious Freedom Restoration Act. Plaintiff reserves the right to dispute all the alleged defenses raised by Defendants, including, without limitation, defenses under the First Amendment and/or the Religious Freedom Restoration Act. Based on Defendants' stipulation, Plaintiff stipulates not to explore Topics 2, 5, 6, and part of 8, set forth in Plaintiff's Fed. R. Civ. P. 30(b)(6) Notice of Deposition.

2.  Plaintiff was an employee of MACS and the Diocese at the time of his removal as a substitute teacher. Based on Defendants' stipulation, Plaintiff stipulates not to explore Topic 1 in Plaintiff's 30(b)(6) Notice of Deposition.

1

Stipulated and agreed to on this 11th day of August 2017.

_____
S. Luke Largess
Tin Fulton Walker & Owen PLLC
301 East Park Avenue
Charlotte, North Carolina 28202
Telephone: 704-338-1220
Facsimile: 704-338-1312
Email: llargess@tinfulton.com

Joshua Block
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004-2400
Telephone: 212-549-2627
Facsimile: 212-549-2650
Email: jblock@aclu.org

Christopher Brooke
American Civil Liberties Union of North
Carolina Legal Foundation
P.O. Box 28004
Raleigh, North Carolina 27611
Telephone: 919-834-3466
Facsimile: 866-511-1344
Email: cbrook@acluofnc.org

Brian Hauss
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2604
Facsimile: 212-549-2652
Email: bhauss@aclu.org

Elizabeth O. Gill
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
Facsimile: 415-255-8437
Email: egill@aclunc.org

*Attorneys for Plaintiff*

_____
John G. McDonald (N.C. Bar No. 23848)
jmcdonald@mcguirewoods.com
Joshua D. Davey (N.C. Bar No. 35246)
jdavey@mcguirewoods.com
Meredith A. Pinson (N.C. Bar No. 39990)
mpinson@mcguirewoods.com
MCGUIREWOODS LLP
201 North Tryon Street, Ste. 3000
Charlotte, North Carolina 28202
704.343.2276
704.444.8753 (Facsimile)

*Attorneys for Defendants*