UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00011-FDW-DCK

| | |
|---|---|
| LONNIE BILLARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHARLOTTE CATHOLIC HIGH ) <br> SCHOOL, MECKLENBURG AREA ) <br> CATHOLIC SCHOOLS, and ROMAN ) <br> CATHOLIC DIOCESE OF CHARLOTTE, ) <br> ) <br> Defendants. ) <br> ) | ORDER |

THIS MATTER is before the Court on Defendant's Motion to Continue Trial (Doc. No. 37). For good cause shown, the Motion is GRANTED and it is hereby ORDERED that the Case Management Order is amended as to the January 2, 2018 trial term and, to the extent a trial is necessary, the trial is continued to a date beginning on or after March 5, 2018.

IT IS SO ORDERED.

Signed: October 25, 2017

Frank D. Whitney
Chief United States District Judge