UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00011-FDW

| | |
|---|---|
| LONNIE BILLARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) ORDER <br> CHARLOTTE CATHOLIC HIGH ) <br> SCHOOL, MECKLENBURG AREA ) <br> CATHOLIC SCHOOLS, and ROMAN ) <br> CATHOLIC DIOCESE OF CHARLOTTE, ) <br> ) <br> Defendants. ) <br> ) | |

THIS MATTER is before the Court sua sponte. The Court hereby STAYS this matter pending a resolution of Masterpiece Cakeshop, Ltd. v. Colorado Civil Rights Commission in the Supreme Court of the United States.[1] Craig v. Masterpiece Cakeshop, Inc., 370 P.3d 272 (Colo. App. 2015) cert. denied sub nom. Masterpiece Cakeshop, Inc. v. Colorado Civil Rights Comm'n, No. 15SC738, 2016 WL 1645027 (Colo. Apr. 25, 2016), and cert. granted sub nom. Masterpiece Cakeshop, Ltd. v. Colorado Civil Rights Comm'n, 137 S. Ct. 2290 (2017). As both parties agree this action primarily involves a dispute of law not fact, the resolution of the above mentioned case will provide clarity and could influence a decision by this Court. Accordingly, this matter is STAYED until a decision is rendered in Masterpiece Cakeshop, Ltd. v. Colorado Civil Rights Commission.

IT IS SO ORDERED.

---

[1] The Supreme Court is scheduled to hear oral arguments on December 5, 2017.

1

Signed: November 14, 2017

_____
Frank D. Whitney
Chief United States District Judge