UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00011-FDW-DCK

| | | |
|---|---|---|
| LONNIE BILLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CHARLOTTE CATHOLIC HIGH | ) | |
| SCHOOL, MECKLENBURG AREA | ) | |
| CATHOLIC SCHOOLS, and ROMAN | ) | |
| CATHOLIC DIOCESE OF CHARLOTTE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER is before the Court on the parties' Joint Motion to Lift Stay and Permit Supplemental Briefing ("Joint Motion") (Doc. No. 43). For good cause shown, the Joint Motion is GRANTED and it is hereby ORDERED that the stay entered in this case on November 14, 2017 (Doc. No. 39) is hereby lifted. The parties are permitted until July 16, 2018, to file supplemental briefing in support of their motions for summary judgment, not to exceed 1,500 words, and until July 30, 2018 to file replies.

IT IS SO ORDERED.

Signed: June 18, 2018

Frank D. Whitney
Chief United States District Judge