UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:17-cv-0011

| | |
|---|---|
| **LONNIE BILLARD,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**CHARLOTTE CATHOLIC HIGH SCHOOL, MECKLENBURG AREA CATHOLIC SCHOOLS, and ROMAN CATHOLIC DIOCESE OF CHARLOTTE,**<br><br>    **Defendants.** | |

## JOINT MOTION TO STAY CASE

Plaintiff Lonnie Billard and Defendants Charlotte Catholic High School ("CCHS"), Mecklenburg Area Catholic Schools ("MACS"), and the Roman Catholic Diocese of Charlotte ("Diocese") (collectively "Defendants," and together with Plaintiff, the "Parties") by counsel, hereby respectfully request that the Court stay this case in its entirety until the Supreme Court of the United States issues a decision in *Altitude Express Inc. v. Zarda*, 883 F.3d 100 (8th Cir. 2018), *cert. granted, Altitude Express Inc. v. Zarda,* __ S.Ct.__ (2019) and *Bostock v. Clayton*, 723 Fed. Appx. 964 (11th Cir. 2018), *cert. granted*, __ S.Ct.__ (2019). In support of this Motion, the parties state as follows:

    1.    On April 22, 2019, the Supreme Court consolidated and granted certiorari in *Altitude Express Inc. v. Zarda*, 883 F.3d 100 (8th Cir. 2018) and *Bostock v. Clayton*, 723 Fed. Appx. 964 (11th Cir. 2018).

1

2. The question presented in *Zarda* and *Bostock* is whether discrimination against an employee because of sexual orientation constitutes prohibited employment discrimination "because of . . . sex" within the meaning of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2.

3. This precise question, among others, is at issue in this Case, and the Supreme Court's ruling in *Zarda* and *Bostock* may be dispositive of the issue.

4. The decision to stay a case is within the discretion of the trial court and "calls for the calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Hickey v. Baxter*, 833 F.2d 1005 (4th Cir. 1987) (unpublished opinion) (finding that the district court properly stayed proceedings while awaiting guidance from the Supreme Court in a case that could decide relevant issues).

5. Accordingly, in the interests of conserving resources and judicial economy, the Parties jointly request the Court stay this case in its entirety until the Supreme Court issues an opinion in *Altitude Express Inc. v. Zarda*, 883 F.3d 100 (8th Cir. 2018), *cert. granted, Altitude Express Inc. v. Zarda*, __ S.Ct.__ (2019) and *Bostock v. Clayton*, 723 Fed. Appx. 964 (11th Cir. 2018), *cert. granted*, __ S.Ct.__ (2019).

6. This Motion is made in good faith and not for any purposes to delay the matter.

7. Pursuant to Local Rule 7.1(B), the parties have conferred and agree regarding the relief requested herein.

8. A proposed order is attached hereto as **Exhibit A**.

## Conclusion & Requested Relief

Based on the foregoing, Plaintiff and Defendants respectfully request that the Court permit the parties stay this case in its entirety pending the Supreme Court's decision in

2

Case 3:17-cv-00011-MOC-DCK   Document 58   Filed 04/26/19   Page 2 of 5

Respectfully submitted, this the 26th day of April 2019.

/s/ Joshua Block
Joshua Block
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004-2400
Telephone: 212-549-2627
Facsimile: 212-549-2650
Email: jblock@aclu.org

S. Luke Largess
Tin Fulton Walker & Owen PLLC
301 East Park Avenue
Charlotte, North Carolina 28202
Telephone: 704-338-1220
Facsimile: 704-338-1312
Email: llargess@tinfulton.com

Irena Como
American Civil Liberties Union of North
Carolina Legal Foundation
P.O. Box 28004
Raleigh, North Carolina 27611
Telephone: 919-834-3466
Facsimile: 866-511-1344
Email: icomo@acluofnc.org

Brian Hauss
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2604
Facsimile: 212-549-2652
Email: bhauss@aclu.org

Elizabeth O. Gill
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
Facsimile: 415-255-8437
Email: egill@aclunc.org

*Attorneys for Plaintiff*

/s/ Meredith A. Pinson
John G. McDonald (N.C. Bar No. 23848)
jmcdonald@mcguirewoods.com
Joshua D. Davey (N.C. Bar No. 35246)
jdavey@mcguirewoods.com
Meredith A. Pinson (N.C. Bar No. 39990)
mpinson@mcguirewoods.com
MCGUIREWOODS LLP
201 North Tryon Street, Ste. 3000
Charlotte, North Carolina 28202
704.343.2276
704.444.8753 (Facsimile)
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send electronic notice to counsel for Plaintiff at the addresses as follows:

>Joshua Block
>American Civil Liberties Union
>125 Broad Street, 18th Floor
>New York, NY 10004-2400
>Telephone: 212-549-2627
>Facsimile: 212-549-2650
>Email: jblock@aclu.org
>
>S. Luke Largess
>Tin Fulton Walker & Owen PLLC
>301 East Park Avenue
>Charlotte, North Carolina 28202
>Telephone: 704-338-1220
>Facsimile: 704-338-1312
>Email: llargess@tinfulton.com
>
>Irena Como
>American Civil Liberties Union of North Carolina Legal Foundation
>P.O. Box 28004
>Raleigh, North Carolina 27611
>Telephone: 919-834-3466
>Facsimile: 866-511-1344
>Email: icomo@acluofnc.org
>
>Brian Hauss
>American Civil Liberties Union Foundation
>125 Broad Street, 18th Floor
>New York, NY 10004
>Telephone: 212-549-2604
>Facsimile: 212-549-2652
>Email: bhauss@aclu.org
>
>Elizabeth O. Gill
>American Civil Liberties Union Foundation
>39 Drumm Street
>San Francisco, CA 94111

Telephone: 415-621-2493
Facsimile: 415-255-8437
Email: egill@aclunc.org

This the 26th day of April 2019.

/s/ Meredith A. Pinson
Meredith A. Pinson (N.C. Bar No. 39990)