# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-011-RLV-DCK

| | |
|---|---|
| LONNIE BILLARD, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CHARLOTTE CATHOLIC HIGH SCHOOL, MECKLENBURG AREA CATHOLIC SCHOOLS, and ROMAN CATHOLIC DIOCESE OF CHARLOTTE, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Case" (Document No. 58) filed April 26, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, noting consent of the parties, and following consultation with the Honorable Richard L. Voorhees, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Case" (Document No. 58) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **STAYED** pending a decision by the Supreme Court of the United States in Zarda v. Altitude Express Inc., 883 F.3d 100 (8th Cir. 2018), cert. granted sub nom., Altitude Express, Inc. v. Zarda et al., __ U.S. __, 2019 WL 1756678 (April 22, 2019) and Bostock v. Clayton Co. Board of Commissioners, 723 Fed.Appx. 964 (11th Cir. 2018), cert. granted, __ U.S. __, 2019 WL 1756677 (April 22, 2019).

**SO ORDERED**.

Signed: April 29, 2019

David C. Keesler
United States Magistrate Judge