IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-011-MOC-DCK

| | |
|---|---|
| LONNIE BILLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CHARLOTTE CATHOLIC HIGH SCHOOL, | ) |
| MECKLENBURG AREA CATHOLIC | ) |
| SCHOOLS, and ROMAN CATHOLIC | ) |
| DIOCESE OF CHARLOTTE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Consent Motion To Lift Stay" (Document No. 60) filed July 15, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Lift Stay" (Document No. 60) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall submit supplemental briefs on or before **August 7, 2020**, not to exceed twenty (20) pages, and submit reply briefs on or before **August 14, 2020**, not to exceed five (5) pages.

**SO ORDERED**.

Signed: July 16, 2020

David C. Keesler
United States Magistrate Judge