IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-011-MOC-DCK

| | |
|---|---|
| LONNIE BILLARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| CHARLOTTE CATHOLIC HIGH SCHOOL, MECKLENBURG AREA CATHOLIC SCHOOLS, and ROMAN CATHOLIC DIOCESE OF CHARLOTTE, | ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 66) filed by Joshua D. Davey, concerning Moses M. Tincher, on September 14, 2020. Moses M. Tincher seeks to appear as counsel *pro hac vice* for Defendants, Charlotte Catholic High School, Mecklenburg Area Catholic Schools, and Roman Catholic Diocese of Charlotte. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 66) is **GRANTED.** Moses M. Tincher is hereby admitted *pro hac vice* to represent Defendants.

Signed: September 14, 2020

David C. Keesler
United States Magistrate Judge