IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LONNIE BILLARD,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARLOTTE CATHOLIC HIGH SCHOOL, et. al. MECKLENBURG AREA CATHOLIC SCHOOLS, and ROMAN CATHOLIC DIOCESE OF CHARLOTTE,<br><br>*Defendants*. | **Civil Action No. 3:17-0011** |

**NOTICE OF SUBSTITUTION OF COUNSEL**

In accordance with Local Civil Rule 83.1(g), attorneys John G. McDonald and Meredith A. Pinson of McGuireWoods LLP respectfully request the Clerk of the Court to withdraw their appearances as counsel for the above-captioned defendants (collectively, the "Defendants"). Attorney Joshua A. Davey from Troutman Pepper Hamilton Sanders LLP, and formerly with McGuireWoods, has been involved as counsel for Defendants since the inception of this case and will continue that representation. Mr. Davey certifies by his signature below that, he is aware of and will comply with all pending deadlines in this action.

Dated: September 3, 2021		Respectfully submitted,

 s/ John G. McDonald
John G. McDonald (N.C. Bar No. 23848)
McGUIREWOODS LLP
201 North Tryon Street, Ste. 3000
Charlotte, North Carolina 28202
704-343-2276
Email: jmcdonald@mcguirewoods.com

 s/ Meredith A. Pinson
Meredith A. Pinson (N.C. Bar No. 39990)
McGUIREWOODS LLP
201 North Tryon Street, Ste. 3000
Charlotte, North Carolina 28202
704-343-2276
E-mail: mpinson@mcguirewoods.com


 s/ Joshua D. Davey
Joshua D. Davey (N.C. Bar No. 35246)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 S. College St., 34th Floor
Charlotte, North Carolina 28202
704-916-1503
E-mail: joshua.davey@troutman.com
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing **Notice of Substitution of Counsel** with the CM/ECF system, which will send electronic notification to counsel of record for all parties.

Dated: September 3, 2021　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　s/ Joshua D. Davey
　　　　　　　　　　　　　　　　Joshua D. Davey (N.C. Bar No. 35246)
　　　　　　　　　　　　　　　　TROUTMAN PEPPER HAMILTON SANDERS LLP
　　　　　　　　　　　　　　　　301 S. College St., 34th Floor
　　　　　　　　　　　　　　　　Charlotte, North Carolina 28202
　　　　　　　　　　　　　　　　704-916-1503
　　　　　　　　　　　　　　　　E-mail: joshua.davey@troutman.com
　　　　　　　　　　　　　　　　*Counsel for Defendants*