| | |
|---|---|
| LONNIE BILLARD,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARLOTTE CATHOLIC HIGH SCHOOL, MECKLENBURG AREA CATHOLIC SCHOOLS, and ROMAN CATHOLIC DIOCESE OF CHARLOTTE<br><br>*Defendants*. | **Civil Action No. 3:17-cv-0011** |

## JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT AND DEFERRAL OF PETITION FOR COSTS AND FEES

Plaintiff Lonnie Billard ("Plaintiff") and Defendants Charlotte Catholic High School, Mecklenburg Area Catholic Schools, and Roman Catholic Diocese of Charlotte ("Defendants") respectfully submit this motion for entry of a stipulated judgement of damages in the amount of $55,000 and for an order pursuant to Federal Rule of Civil Procedure 54(d)(1) deferring the filing of Plaintiff's bill of costs, petition for fees, and calculation of post-judgment interest until the exhaustion of any appeals. In support of the motion, the Parties state the following:

1. In this case, Plaintiff alleges that he was terminated from employment because he announced plans to marry his same-sex partner, in violation of Title VII.

2. On September 3, 2021, this Court entered an order (D.E. 69) denying Defendants' motion for summary judgment (D.E. 29) and granting Plaintiff's motion for summary judgment with respect to liability under Title VII (D.E. 26) (the "summary judgment decision").

3. On September 28, 2021, this court scheduled a hearing on April 18, 2022, for a bench trial with respect to damages.

4. The parties have agreed to stipulate to entry of final judgment in the amount $55,000, not including costs, attorney's fees, or post-judgment interest.

5. After entry of final judgment, Defendants intend to, and reserve their right to, appeal the Court's summary judgment decision (and any prior decision from this Court) to the U.S. Court of Appeals for the Fourth Circuit and, if necessary, to the Supreme Court. *See, e.g.*, *Sprint Nextel Corp. v. Wireless Buybacks Holdings, LLC*, 938 F.3d 113, 124 (4th Cir. 2019).

6. That is, by stipulating to entry of judgment in the amount of $55,000, Defendants do not waive any right to appeal the Court's summary judgment decision or any prior decision of the court. *See, e.g.*, *id.* at 124.

7. The Parties agree that interests of judicial economy would be best served by deferring the filing of Plaintiff's bill of costs, petition for fees, and calculation of post-judgment interest until after the resolution of all appeals, including to the Supreme Court.

WHEREFORE, the Parties move the Court for an order:

A. Entering judgment for damages in the amount of $55,000 in the form attached hereto as Exhibit A.

B. Deferring the filing of Plaintiff's bill of costs, petition for attorney's fees, and calculation of post-judgment interest pursuant to Federal Rule of Civil Procedure 54(d)(1) until 30 days after the expiration of the deadline to appeal or after final resolution of all appeals, whichever is later.

Respectfully submitted this 25th day of February, 2022.

                                                     **/s/ S. Luke Largess**
S. Luke Largess (NC Bar # 17486)
Tin Fulton Walker & Owen PLLC
301 East Park Avenue
Charlotte, NC 28202
Telephone: (704) 338-1220
Facsimile: (704) 338-1312

Irena Como (NC Bar # 51812)
American Civil Liberties Union
of North Carolina Legal Foundation
PO Box 28004
Raleigh, NC 27611
Telephone: (919) 834-3466
Facsimile: (866) 511-1344

Joshua A. Block (*pro hac vice*)
Brian Hauss (*pro hac vice*)
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2604
Facsimile: (212) 549-2652

Elizabeth O. Gill (*pro hac vice*)
American Civil Liberties Union
Foundation
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Counsel for Plaintiff*

/s/ Joshua D. Davey
Joshua D. Davey (N.C. Bar No. 35246)
joshua.davey@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
("TROUTMAN PEPPER")
301 S. College Street
Charlotte, North Carolina 28202
Telephone: 704.916.1503
Facsimile: 704.998.4501

Moses M. Tincher (Ga. Bar No. 578906)
moses.tincher@troutman.com
TROUTMAN PEPPER
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
Telephone: 404.885.2593
Facsimile: 404.885.3900

Kevin M. LeRoy (Wis. Bar No. 1105053)
kevin.leroy@troutman.com
TROUTMAN PEPPER
227 W. Monroe Street, Suite 3900
Chicago, Illinois 60606
Telephone: 312.759.1938
Facsimile: 312.759.1939

3

Leah D. Achor (Va. Bar No. 88964)
leah.achor@troutman.com
TROUTMAN PEPPER
1001 Haxall Point
Richmond, Virginia 23219
Telephone: 804.697.1326
Facsimile: 804.697.1339

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed a copy of forgoing document with the Clerk of Court using the CM/ECF system. All participants in the case are registered CM/ECF users and are hereby served through the CM/ECF system.

Dated: February 25, 2022

                                                   **/s/ S. Luke Largess**
                                                   S. Luke Largess