# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:17-cv-11

LONNIE BILLARD,

     *Plaintiff*,

     v.

CHARLOTTE CATHOLIC HIGH SCHOOL,
MECKLENBURG AREA CATHOLIC
SCHOOLS, and ROMAN CATHOLIC
DIOCESE OF CHARLOTTE

     *Defendants*.

**ORDER AND JUDGMENT**

**THIS MATTER** is before the Court on the parties' Consent Motion for Entry of

Judgment (Doc. No. 71). The motion is **GRANTED**, and the Court enters the following Findings

and Order:

Plaintiff Lonnie Billard ("Plaintiff") alleges that Defendants Charlotte Catholic High

School, Mecklenburg Area Catholic Schools, and the Roman Catholic Diocese of Charlotte

(collectively, "Defendants") discriminated against him based on his sex in violation of Title VII

of the Civil Rights Act of 1964. Plaintiff moved for partial summary judgment as to Defendants'

liability on his Title VII claim, but not as to damages. Defendants also moved for summary

judgment to dismiss with prejudice Plaintiff's claims. On September 3, 2021, this Court entered

an order (D.E. 69) denying Defendants' motion for summary judgment (D.E. 29) and granting

Plaintiff's motion for summary judgment with respect to liability (D.E. 26). On September 28,

2021, this court scheduled a hearing on April 18, 2022, for a bench trial with respect to damages.

The parties subsequently filed a joint motion for entry of a stipulated judgment of damages in the amount of $55,000 and for an order pursuant to Federal Rule of Civil Procedure 54(d)(1) deferring the filing of Plaintiff's bill of costs, petition for fees, and calculation of post-judgment interest until the exhaustion of appeals.

Accordingly, the Court hereby enters judgment as follows:

1.      Plaintiff is awarded judgment against Defendants for damages in the total amount of fifty-five thousand dollars ($55,000.00), not including costs, attorney's fees, or post-judgment interest.

2.      The time for Plaintiff to file his bill of costs, petition for attorney's fees, and calculation of post-judgment interest pursuant to Federal Rule of Civil Procedure 54(d)(1) is deferred until 30 days after the expiration of the deadline to appeal or after final resolution of all appeals, whichever is later.

3.      This is a final judgment for purposes of appeal under 28 U.S.C. § 1291. In stipulating to the entry of this judgment, Plaintiff and Defendants reserve and do not waive their rights to appeal the Court's previous summary judgment rulings.

Signed: March 18, 2022

Max O. Cogburn Jr.
United States District Judge