# UNITED STATES DISTRICT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| LONNIE BILLARD,<br><br>*Plaintiff,*<br><br>v.<br><br>CHARLOTTE CATHOLIC HIGH SCHOOL, MECKLENBURG AREA CATHOLIC SCHOOLS, and ROMAN CATHOLIC DIOCESE OF CHARLOTTE,<br><br>*Defendants.* | Case No. 3:17-cv-0011<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants Charlotte Catholic High School, Mecklenburg Area Catholic Schools, and Roman Catholic Diocese of Charlotte appeal to the United States Court of Appeals for the Fourth Circuit from: (1) the final judgment entered on March 18, 2022 (ECF 72); (2) the order denying Defendants' Motion for Summary Judgment and granting Plaintiff's Motion for Partial Summary Judgment entered on September 3, 2021 (ECF 69); and (3) all earlier and interlocutory orders and rulings.

Dated: April 18, 2022

Respectfully submitted,

/s/ Joshua D. Davey
Joshua D. Davey (N.C. Bar No. 35246)
joshua.davey@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
("TROUTMAN PEPPER")
301 S. College Street
Charlotte, North Carolina 28202
Telephone: 704.916.1503
Facsimile: 704.998.4501

Moses M. Tincher (Ga. Bar No. 578906)
moses.tincher@troutman.com
TROUTMAN PEPPER
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
Telephone: 404.885.2593
Facsimile: 404.885.3900

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that on April 18, 2022, the foregoing document was served on all parties through the CM/ECF system.

Dated: April 18, 2022

/s/ Joshua D. Davey
Joshua D. Davey (N.C. Bar No. 35246)
joshua.davey@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP ("TROUTMAN PEPPER")
301 S. College Street
Charlotte, North Carolina 28202
Telephone: 704.916.1503
Facsimile: 704.998.4501