FILED: July 12, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1440
(3:17-cv-00011-MOC-DCK)
_____

LONNIE BILLARD

       Plaintiff - Appellee

v.

CHARLOTTE CATHOLIC HIGH SCHOOL; MECKLENBURG AREA CATHOLIC SCHOOLS; ROMAN CATHOLIC DIOCESE OF CHARLOTTE

       Defendants - Appellants

_____

O R D E R
_____

The court grants Irena Como's motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk