UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-11

| | |
|---|---|
| LONNIE BILLARD,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARLOTTE CATHOLIC HIGH SCHOOL, MECKLENBURG AREA CATHOLIC SCHOOLS, and ROMAN CATHOLIC DIOCESE OF CHARLOTTE<br><br>*Defendants*. | **ORDER** |

This matter is before the Court following reversal by the Fourth Circuit Court of Appeals. (Doc. Nos. 81, 82).

In accordance with the Fourth Circuit decision, judgment is entered in favor of Defendant Charlotte Catholic High School.

**The Clerk shall terminate this action.**

September 30, 2024

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge