# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lonnie Billard, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00011-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Mecklenburg Area Catholic Schools | ) | |
| Charlotte Catholic High School | | |
| Roman Catholic Diocese of Charlotte, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2024 Order.

September 30, 2024

*[signature]*

Katherine Hord Simon, Clerk
United States District Court